IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| REBECCA TELLEZ, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 7:13-CV-007-O-BL |
| ) | |
| WICHITA COUNTY, TEXAS, *et al.*, ) | |
|     Defendants. ) | |

## ORDER

This is a civil rights action filed by an inmate confined in the Woodman State Jail in Gatesville, Texas. Plaintiff claims that she was denied medical care then forced to undergo a surgical procedure performed by a nurse without Plaintiff's consent. *See* Complaint.

On February 8, 2013, the Court entered a notice of deficiency and order directing Plaintiff to file an amended complaint bearing her signature within twenty days. Plaintiff failed to comply with the Court's order and, on March 7, 2013, a recommendation for dismissal was entered by the United States Magistrate Judge. The recommendation for dismissal was contingent upon Plaintiff failing to file an amended complaint within fourteen days. On March 22, 2013, Plaintiff filed an amended complaint bearing her signature thereby curing the deficiency as previously ordered.

For the foregoing reasons, the Report and Recommendation of the United States Magistrate Judge is accepted and this action is referred back the Magistrate Judge for further proceedings.

SO ORDERED this 26th day of March, 2013.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**